**Roger Lee DEAL, Sr., Plaintiff–Appellant,**

v.

**Sergeant O'NEILL; Officer Oxindine; Unknown Officer; North Carolina Department Of Corrections, Defendants–Appellees.**

No. 14–6897.

United States Court of Appeals, Fourth Circuit.

Submitted: Sept. 25, 2014.

Decided: Sept. 30, 2014.

Roger Lee Deal, Sr., Appellant Pro Se.

Before WILKINSON and AGEE, Circuit Judges, and DAVIS, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Roger Lee Deal, Sr., appeals the district court's order denying his request for an injunction and other relief and warning him that any further filings would result in sanctions. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the

district court. *Deal v. O'Neill,* No. 1:13–cv–00552–CCE–JEP (M.D.N.C. June 4, 2014). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED.*